# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMI ALBRA, | Case No. 2:18-cv-00018-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DENYING INJUNCTIVE RELIEF** |
| SELENE FINANCE, et al., | |
| Defendants. | |

Plaintiff Sami Albra filed a complaint asserting various claims and requesting injunctive relief to stop a foreclosure sale scheduled for tomorrow, January 5, 2018. ECF No. 1. Albra did not file a motion for injunctive relief, nor did he follow the Local Rules related to emergency motions. *See* LR 7-4. Nevertheless, in light of the emergency nature of the filing, the plaintiff's pro se status, and the seriousness of a potential loss of a dwelling, I will treat the complaint as if it is accompanied by a request for injunctive relief.

No injunctive relief will issue because Albra has not shown a likelihood of success on the merits of any of his claims. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008). Additionally, in assessing the relative hardship to the parties, I note that Albra waited to seek injunctive relief until the day before the scheduled foreclosure sale even though he has known about the foreclosure for months and has known about the January 5 sale date since at least December 8, 2017. *See Lydo Enters., Inc. v. City of Las Vegas*, 745 F.2d 1211, 1213 (9th Cir. 1984) ("A delay in seeking a preliminary injunction is a factor to be considered in weighing the propriety of relief."); ECF No. 1 at 26. I therefore deny the requested injunctive relief without prejudice.

DATED this 4th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE