UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMI ALBRA,<br><br>                Plaintiff,<br><br>v.<br><br>SELENE FINANCE, et al.,<br><br>                Defendants. | Case No. 2:18-cv-00018-APG-PAL<br><br>**ORDER DENYING MOTION TO STRIKE AND GRANTING ENLARGEMENT OF TIME**<br><br>(ECF Nos. 28, 29) |

      Plaintiff Sami Albra's motion to strike (ECF No. 28) the defendants' motion to dismiss is DENIED. The defendants are not prohibited from filing a motion to dismiss prior to being served with pleadings.

      Mr. Albra's motion for clarification or an enlargement of time (ECF No. 29) is GRANTED IN PART. Mr. Albra's opposition to the defendants' motion to dismiss is due by April 16, 2018.

      DATED this 22nd day of March, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE