# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMI ALBRA,<br><br>    Plaintiff,<br><br>v.<br><br>SELENE FINANCE, et al.,<br><br>    Defendants. | Case No. 2:18-cv-00018-APG-PAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING IFP APPLICATION**<br><br>(ECF Nos. 30, 42) |

On May 8, 2018, Magistrate Judge Leen entered her Report of Findings and Recommendation (ECF No. 42), recommending the denial of plaintiff Sami Albra's Application to Proceed *In Forma Pauperis* (ECF No. 30). Albra filed an Objection (ECF No. 43) and a Supplement to that Objection (ECF No. 44). I have conducted a de novo review of the issues set forth in Magistrate Judge Leen's Report and the related papers. That Report sets forth the proper legal analysis and factual bases for the decision.

IT IS HEREBY ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation **(ECF No. 42) is accepted**. The plaintiff's objections are overruled and the Application to Proceed *In Forma Pauperis* **(ECF No. 30) is denied.**

DATED this 6th day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE